UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| WILLIAM A. BRYE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:18-CV-194-HBG |
| ANDREW M. SAUL,[1] Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(b) and the Rules of this Court. Now before the Court is Defendant's Motion to Lift Stay [Doc. 21] filed on February 4, 2019. The Commissioner submits that the appropriations funding the Department of Justice have been restored after being lapsed for thirty-five days, and requests an extension in which to file her brief.

The Commissioner subsequently filed her Motion for Summary Judgment [Doc. 22] on March 9, 2019. Accordingly, Defendant's Motion to Lift Stay [Doc. 21] is **GRANTED**, and the Commissioner's Motion for Summary Judgment [Doc. 22] is considered timely-filed.

**IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge

---

[1] Andrew M. Saul was sworn in as the Commissioner of Social Security on June 17, 2019, during the pendency of this case. Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Andrew M. Saul is substituted as the Defendant in this case.